


Home / CreativeWare / Totes, Trash Cans, Storage, Organization & Bed Risers



BK300 Caddy



BK100 Caddy



BK400FWH BK400BL BK400LPK



BBB-310 Hair Care Storage Center

KITCHEN, STORAGE & ORGANIZATION





CUTTRY Cutlery Tray

OSC14 Universal Storage Canister



H1011Butter Dish

CKSRVR Cake Server

MCR-LID Microwave Lid

TOR-WRMTortilla Warmer







DISRCK-GGR Self-Draining Dish Rack

DISRCK-GWH Self-Draining Dish Rack

EXDO XP Dish Drain



SNKORG Sink Organizer

BEDRISERS



GBR01BLK Black & White



GBR02BLK Round



GBR03BLK Adjustable



GBR11BLK

*Copyright © 2014 Creative Bath Products, Inc. all rights reserved.*

*Contact Us   Where to Buy   Events & Tradeshows   What's New
Technical Information & Assembly Instructions*